IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: July 9, 2015 |
| vs. | : | |
| | : | |
| GREGORY NAYLOR | : | Criminal No. 14-457 |
| Lansdowne PA 19050 | | |

   **TAKE NOTICE** that the above-entitled case has been set for <u>Sentencing</u> in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on <u>**December 8, 2015** at **4:15 p.m.**</u> before the Honorable <u>Harvey Bartle III</u>, in <u>Courtroom 16A</u>, 16th floor.

   **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

   If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

           Very truly yours,

           /s/ Kristin R. Makely
           Kristin R. Makely
           Deputy Clerk to Judge Bartle
           267-299-7389


**[ ]  INTERPRETER REQUIRED**
**[X]  THIS PROCEEDING HAS BEEN RESCHEDULED FROM** 12/2/14, 3/24/15, 7/15/15


     Notice to:
        Defendant
        Robert Levant, Esq
        Paul Gray, A.U.S.A. (via EMail)
        U.S. Marshal (via EMail)
        Probation Office (via EMail)
        Pretrial Services (via EMail)
        Larry Bowman (via EMail)

Cr 4 (rev. 8/98)